UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.*, <br> BRENDA SMITH, <br><br> Plaintiffs, <br><br> v. <br><br> KIRA, LLC, *et al.*, <br><br> Defendants. | Civil Action No. 19-2062 (BAH) <br><br> **FILED UNDER SEAL** |

## NOTICE OF ELECTION TO DECLINE INTERVENTION

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the United States notifies the Court of its decision not to intervene in this action.

Although the United States declines to intervene, it respectfully refers the Court to 31 U.S.C. § 3730(b)(1), which allows the relator to maintain the action in the name of the United States; providing, however, that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." *Id.* Therefore, the United States requests that, should either the relator or the defendants propose that this action be dismissed, settled, or otherwise discontinued, this Court solicit the written consent of the United States before ruling or granting its approval.

Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all pleadings filed in this action be served upon the United States; the United States also requests that orders issued by the Court be sent to the Government's counsel. The United States reserves its right to order any deposition transcripts, to intervene in this action, for good cause, at a later date, and to seek the dismissal of the relator's action or claim. The United States also requests that it be served with all notices of appeal.

RECEIVED
JAN 16 2024
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

Finally, the Government requests that the relator's Complaint and Amended Complaint, this Notice, and the attached proposed Order be unsealed. The United States requests that all other papers on file in this action remain under seal because in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

A proposed Order consistent with the relief requested is attached.

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division


 /s/ *Darrell C. Valdez*
DARRELL VALDEZ, D.C. Bar #420232
Assistant United States Attorney
Civil Division
601 D Street, NW
Washington, DC 20530
(202) 252-2507

*Counsel for the United States of America*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 16th day of January 2024, a true and correct copy of the above and foregoing Notice of Election to Decline Intervention and proposed Order was served via email and first-class mail, postage pre-paid to:

    David Berg
    Berg & Androphy
    3704 Travis St.
    Houston, TX, 77002
    Dberg@bafirm.com

    Counsel for Relator

    /s/ *Darrell C. Valdez*
    DARRELL VALDEZ
    Assistant United States Attorney