IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*ex rel.* Brenda Smith,<br><br>Plaintiffs,<br><br>v.<br><br>KIRA, LLC; CH2MHILL ACADEMY SERVICES; ALEUT FACILITIES SUPPORT SERVICES, LLC; & TLINGIT HAIDA TRIBAL BUSINESS CORPORATION<br><br>Defendants. | CIVIL NO. 19cv2062<br><br><br><br><br><br>JURY TRIAL DEMANDED |

## UNOPPOSED MOTION TO WITHDRAW REPRESENTATION AND TERMINATE ELECTRONIC NOTICES.

Movant, David Berg of Berg & Androphy, counsel for Plaintiff-Relator Brenda Smtih ("Relator") in this case, and moves this Court for an order granting their withdrawal from representation of Relators.

The Government informed Relators that it would decline intervention into this case pursuant to 31 U.S.C. § 3730(b)(4)(B).

The Representation Agreement between Relator and undersigned counsel provides that counsel may withdraw if the United States declines to intervene in this case.

Undersigned counsel has informed Relator about its intent to withdraw and has informed Relator that it will ask the Court for an additional 90 days in order that Relator may obtain new counsel. Relator has not yet been able to secure new counsel. To provide Relator additional and

ample time to obtain new counsel, undersigned counsel agrees to stay as counsel for an additional 90 days upon granting of this motion to withdraw. Undersigned counsel will serve this motion upon Relator simultaneously with the filing of this motion.

Therefore, Movant respectfully move the Court for an Order discharging them as attorneys of record for Relator in this case 90 days from the granting of this motion, and at that time Movants request that the Clerk of this Court terminate delivery of all notices to undersigned counsel in this case.

April 8, 2024

Respectfully submitted,

Berg & Androphy

*/s/ David H. Berg*

David H. Berg
State Bar No. 02187000
Pennzoil Place
700 Milam, Suite 1300
Houston, Texas 77002
TEL. (713) 529 5622 | FAX (713) 529-3785
dberg@bafirm.com

**COUNSEL FOR RELATOR**

**BRENDA SMITH**

## CERTIFICATE OF SERVICE

I hereby certify that on April 8, 2024 , a true and correct copy of the foregoing document was filed and served in compliance with Local Rule CV-5.

/David H. Berg