IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>*ex rel.* Brenda Smith,<br><br>    Plaintiffs,<br><br>v.<br><br>KIRA, LLC; CH2MHILL<br>ACADEMY SERVICES; ALEUT<br>FACILITIES SUPPORT SERVICES,<br>LLC; & TLINGIT HAIDA TRIBAL<br>BUSINESS CORPORATION<br><br>    Defendants. | §§§§§§§§§§§§§§§§§ | CIVIL NO. 19cv2062<br><br><br><br><br><br><br>JURY TRIAL DEMANDED |

## SECOND UNOPPOSED MOTION TO WITHDRAW REPRESENTATION AND TERMINATE ELECTRONIC NOTICES.

To the Honorable Judge:

Plaintiff/Relator moves this Court for an extension of another 90 days from the Court's previous Minute Order granting an extension until July 11, 2024 for Plaintiff/Relator ("Relator") to obtain new counsel and for counsel for Relator to terminate representation on that date, for the following reasons:

1. On January 16, 2024, the Government informed Relators that it would decline intervention into this case pursuant to 31 U.S.C. § 3730(b)(4)(B)

2. The Representation Agreement between Relator and counsel at Berg & Androphy ("B&A") provides that the firm may withdraw if the United States declines to intervene in this case.

3. Counsel informed Relator of its intention to withdraw from the case, but to seek 90 days for her to obtain new counsel before B&A and its lawyers to withdraw.

4. On April 11, 2024, this Court entered a Minute Order "GRANTING plaintiff's Unopposed Motion to Withdraw as Attorney [the "Motion"] effective July 11, 2024" and "DIRECTING plaintiff to file, by July 11, 2024, a status report, notifying the Court whether she has obtained new counsel" and ORDERING that the appearance of David Howard Berg and [the now deceased] Zenobia Harris Bivens be TERMINATE; and CAUTIONING plaintiff, that absent the filing of a notice of appearance of new counsel by July 11, 2024 this lawsuit will be dismissed . . . "

5. On Monday, July 1, Plaintiff-Relator informed the undersigned that she has not yet obtained new counsel and requested that the undersigned seek an additional 90 days from the Court to allow her time to either finalize an agreement with a firm that she stated is interested in taking the case, or failing that, to find some other firm to represent her.

WHEREFORE, PREMISES CONSIDERED, Movant respectfully moves the Court for an Order discharging David Berg of B&A as attorney of record for Relator effective 90 days from the granting of this motion, and on that date, that the Clerk of this Court terminate delivery of all electronic notices to undersigned counsel in this case.

July 10, 2024

Respectfully submitted,

Berg & Androphy
*/s/David H. Berg*
David H. Berg
State Bar No. 02187000
Pennzoil Place
700 Milam, Suite 1300
Houston, Texas 77002
TEL. (713) 529 5622 │ FAX (713) 529-3785
dberg@bafirm.com
**COUNSEL FOR RELATOR**
**BRENDA SMITH**

**Approved as to form and substance:**

*/s/Brenda Smith- with permission*

**Brenda Smith**

# **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and complete copy of the foregoing document was duly served through the ECF System on July 10, 2024.

The undersigned hereby certifies that a true and complete copy of the foregoing document was duly served on Relator via *certified mail, return receipt requested* and via *electronic mail* on July 10, 2024.

*/s/David Berg*
David Berg